UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL PÉREZ GOÑI,<br><br>  Petitioner,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>  Respondent. | NO. CV 17-4540-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 7, 2017

_____
JAMES V. SELNA
United States District Judge